| Attorney or Party without Attorney: <br> Joseph H. Mizrahi, Esq. <br> Cohen & Mizrahi LLP <br> 300 Cadman Plaza West <br> 12th Floor <br> Brooklyn, NY 11201 <br> Telephone No: 929-575-4175   FAX No: 929-575-4195 <br><br> Attorney for: Plaintiff | For Court Use Only |
|---|---|
| Ref. No. or File No.: | |
| Insert name of Court, and Judicial District and Branch Court: <br> United States District Court - Southern District Of New York | |
| Plaintiff: Josue Romero, et al. <br> Defendant: Mushie & Co, LLC | |

| **AFFIDAVIT OF SERVICE** <br> **Summons & Complaint** | Hearing Date: | Time: | Dept/Div: | Case Number: <br> 20CV08144PGGRWL |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Civil Cover Sheet; Class Action Complaint and Demand for Jury Trial.

3. a. Party served:          Mushie & Co, LLC
   b. Person served:        Levi Feigenson, Agent for Service

4. Address where the party was served:   7842 Vickijohn Drive
                                          Houston, TX  77071

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Sat., Oct. 10, 2020 (2) at: 11:00AM

7. **Person Who Served Papers:**                              Fee for Service:
   a. Robert Franco, Jr.
   b. **Class Action Research & Litigation**
      P O Box 740
      Penryn, CA  95663
   c. (916) 663-2562, FAX (916) 663-4955

8. I declare under penalty of perjury under the laws of the State of TEXAS and under the laws of the United States Of America that the foregoing is true and correct.

AFFIDAVIT OF SERVICE
Summons & Complaint                              (Robert Franco, Jr.)              jomiz.211564