```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/11/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JOSUE ROMERO, *on behalf of himself and*
*all others similarly situated*,

                          Plaintiff,

        - against -

MUSHIE & CO, LLC,

                          Defendant.
-------------------------------------------------------------X

20-CV-8144 (PGG) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      Plaintiff served copies of the Summons and Complaint on Defendant on October 10, 2020. (Dkt. 6.) An answer was due by November 2, 2020. No answer appears on the docket. Accordingly, Plaintiff shall file for default or otherwise explain the status of this case by January 13, 2021.

                                                SO ORDERED.

                                                _____
                                                ROBERT W. LEHRBURGER
                                                UNITED STATES MAGISTRATE JUDGE

Dated: December 11, 2020
        New York, New York

Copies transmitted this date to all counsel of record.